**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
  Email: Lovelace@luch.com
Andrew Q. Thompson: State Bar No. 340286
  Email: AThompson@luch.com
200 South Los Robles Ave., Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, AND SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>V DITCH SOLUTIONS, INC., a California corporation,<br><br>Defendant. | Case No.: 5:22-00211-FWS-SPX<br><br>ASSIGNED TO THE HONORABLE FRED W. SLAUGHTER<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

TO THE HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al. (collectively, the "Trustees"), and Defendant, V Ditch Solutions, Inc., a California corporation ("V

1

STIPULATION FOR ENTRY OF JUDGMENT

1643919

Ditch"), that, subject to the approval of the Court:

1. With regard to the claims raised by Trustees in the within lawsuit, V Ditch is liable to the Trustees in the amount of $48,044.18.

2. Judgment shall be entered against V Ditch and in favor of Trustees, in the amount of $48,044.18 plus pre-judgment and post-judgment interest calculated at 8% per annum from July 21, 2022, until paid in full, in the form attached hereto as **Exhibit 1.**

**IT IS SO STIPULATED.**

DATED: August 31 2022    LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ Andrew Q. Thompson*
Andrew Q. Thompson, Attorney for Plaintiffs Trustees of the Operating Engineers Pension Trust, et al.

DATED: August 26, 2022    V DITCH SOLUTIONS, INC.

By: [signature]
Hector Garduno, President of V Ditch Solutions, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 200 South Los Robles Ave., Suite 500, Pasadena, California 91101-2432.

On September 1, 2022, I served the foregoing document(s) described below:

**STIPULATION FOR ENTRY OF JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

V Ditch Solutions, Inc.
610 S. Riverside Ave, Apt. 303
Rialto, CA 92376

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on September 1, 2022, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*/s/ Cheryl Roberts*
Cheryl Roberts