**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
  Email: Lovelace@luch.com
Andrew Q. Thompson: State Bar No. 340286
  Email: AThompson@luch.com
200 South Los Robles Ave., Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

Frank Brucculeri Law Corporation
Frank C. Brucculeri, Esq. (SBN: 137199)
24341 La Hermosa Avenue
Laguna Niguel, California 92677
Tel: (562) 682-7064
Fax: (562) 391-4474
E-Mail: Frank@Brucculeri.com

Counsel for Defendant, V Ditch Solutions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>                    Plaintiffs,<br><br>    v.<br><br>V DITCH SOLUTIONS, INC., a California corporation,<br><br>                    Defendant. | Case No.: 5:22-00211-FWS-SPX<br><br>ASSIGNED TO THE HONORABLE FRED W. SLAUGHTER<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

1
**STIPULATION FOR ENTRY OF JUDGMENT**

1667529

TO THE HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al. (collectively, the "Trustees"), and Defendant, V Ditch Solutions, Inc., a California corporation ("V Ditch"), that, subject to the approval of the Court:

1. With regard to the claims raised by Trustees in the within lawsuit, V Ditch is liable to the Trustees in the amount of $48,044.18.

2. Judgment shall be entered against V Ditch and in favor of Trustees, in the amount of $48,044.18 plus pre-judgment and post-judgment interest calculated at 8% per annum from July 21, 2022, until paid in full, in the form attached hereto as **Exhibit 1.**

**IT IS SO STIPULATED.**

DATED: September 15, 2022   LAQUER, URBAN, CLIFFORD & HODGE LLP

By: /s/ Andrew Q. Thompson
Andrew Q. Thompson, Attorney for Plaintiffs Trustees of the Operating Engineers Pension Trust, et al.

DATED: September 15, 2022   V DITCH SOLUTIONS, INC.

By: /s/ Frank C. Brucculeri
Frank C. Brucculeri, Attorney for Defendant V Ditch Solutions, Inc.

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Andrew Quinn Thompson hereby attests that concurrence in the filing of this document has been obtained from all other signatories identified above.

Dated: September 20, 2022         By: */S/ Andrew Quinn Thompson*
                                      Andrew Quinn Thompson