JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>                    Plaintiffs,<br><br>          v.<br><br>V DITCH SOLUTIONS, INC., a California corporation,<br><br>                    Defendant. | Case No. 5:22-cv-00211-FWS-SP<br><br>ASSIGNED TO THE HONORABLE FRED W. SLAUGHTER<br><br><br>**JUDGMENT** |

1

**JUDGMENT**

1   This action having been commenced on February 2, 2022, the court having reviewed and approved the Stipulation for Entry of Judgment in Favor of Plaintiffs and against Defendant [30], and for good cause shown, the court **ORDERS** as follows:

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, shall recover from Defendant V Ditch Solutions, Inc., a California corporation, the principal amount of $48,044.18, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from July 21, 2022, until paid in full.

**IT IS SO ORDERED**.

Dated: September 26, 2022

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE