*WHEN RECORDED MAIL TO:*

Susan Graham Lovelace, SBN. 160913
Andrew Q. Thompson, SBN. 340286
Laquer, Urban, Clifford & Hodge LLP
200 South Los Robles Ave., Suite 500
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust, et al.,<br><br>PLAINTIFF(S),<br>v.<br><br>V Ditch Solutions, Inc., a California corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 5:22-cv-00211-FWS-SP<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **September 26, 2022** in favor of **Trustees of the Operating Engineers Pension Trust - See Attachment** whose address is **100 Corson Street, Pasadena, CA 91103** and against **V Ditch Solutions, Inc., a California corporation** whose last known address is **610 E Riverside Ave., Apt. 303, Rialto, CA 92376**

for $ **48,044.18** Principal, $ **0.00** Interest, $ **0.00** Costs, and $ **0.00** Attorney Fees.

ATTESTED this **20th** day of **October**, 20**23**.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

610 E Riverside Ave., Apt. 303
Rialto, CA 92376

CLERK, U.S. DISTRICT COURT   1227

By _____
Deputy Clerk

**AGASSI SHADKAMYAN**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER

**Judgment Creditors (continued):**

Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund

1783655