1  **LAQUER URBAN CLIFFORD & HODGE LLP**
   Marija Kristich Decker, State Bar No. 207387
2     Email: *Decker@luch.com*
   200 South Los Robles Avenue, Suite 500
3  Pasadena, California 91101-2432
   Telephone: (626) 449-1882 / Facsimile: (626) 449-1958
4
   Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.
5

6

7               **UNITED STATES DISTRICT COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9

| 10 | TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, | CASE NO.: 5:22-cv-00211-FWS-SP |
|---|---|---|
|  |  | ASSIGNED TO THE HONORABLE FRED W. SLAUGHTER |
|  |  | **FULL SATISFACTION OF JUDGMENT** |
|  | Plaintiffs, |  |
|  | v. |  |
|  | V DITCH SOLUTIONS, INC., a California corporation, |  |
|  | Defendant. |  |

23

24       Judgment Creditors, Trustees of the Operating Engineers Pension Trust, Trustees
25  of the Operating Engineers Health and Welfare Fund, Trustees of the Operating
26  Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training
27  Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust,
28  Engineers Contract Compliance Committee Fund, and Southern California Partnership

---

1939906.doc                          1                **FULL SATISFACTION OF JUDGMENT**

for Jobs Fund, hereby acknowledge full satisfaction of the Judgment entered in the above-entitled action on September 26, 2022, in favor of Judgment Creditors, whose address is 100 Corson Street, Pasadena, California 91103, and against Judgment Debtor, V Ditch Solutions, Inc., whose address is 610 South Riverside Ave., #303, Rialto, CA 92376. Said Judgment has been paid to the satisfaction of Judgment Creditors. The Clerk of the above-entitled Court is hereby authorized and requested to enter full satisfaction of said Judgment.

The Judgment was recorded with the San Bernardino County Recorder on November 30, 2023, as document number 2023-0295155. Please take notice that this Full Satisfaction of Judgment (or a court clerk's certificate of satisfaction of judgment) will have to be recorded in San Bernardino County in order to release the judgment lien on real property in that county.

A Notice of Judgment Lien was filed in the office of the California Secretary of State on October 10, 2023, as document number U230071900318. Judgment Creditors will file a release of the Notice of Judgment Lien with the California Secretary of State's office forthwith.

Dated: February 4, 2025         LAQUER, URBAN, CLIFFORD & HODGE LLP

By:   /s/ - *Marija Kristich Decker*
       Marija Kristich Decker, Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 200 South Los Robles Ave., Suite 500, Pasadena, California 91101-2432.

On February 4, 2025, I served the foregoing document(s) described below:

**FULL SATISFACTION OF JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

V Ditch Solutions, Inc.
610 S. Riverside Ave, Apt. 303
Rialto, CA 92376

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on February 4, 2025, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*/s/ Cheryl Roberts*
Cheryl Roberts

PROOF OF SERVICE

1633133.DOC